IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICAH W. RICHARDSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-451-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered DISMISSING the petition of Micah W. Richardson for relief under 28 U.S.C. § 2255 for failure to show that he is in custody illegally.

_____     _____
Peter Oppeneer, Clerk of Court                       Date

Signed: Peter Oppeneer    8-26-11